274-15

# ELECTRONIC RECORD

COA # 01-14-00737-CR          OFFENSE: 22.021 (Agg Sex Assault)

STYLE: Bruce Egrim Joseph v. The State of Texas          COUNTY: Fort Bend

COA DISPOSITION:     DISMISS          TRIAL COURT: 268th District Court

DATE: 10/07/2014          Publish: NO     TC CASE #:     05-DCR-043408A

# ·IN THE COURT OF CRIMINAL APPEALS

STYLE: Bruce Egrim Joseph v. The State of Texas          CCA #: __274-15__

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

____REFUSED,____          JUDGE: _____

DATE: ___06/24/15___          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**